William J. Maledon, 003670
Dawn L. Dauphine, 010833
William D. Furnish, 028725
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona  85012-2793
(602) 640-9000
wmaledon@omlaw.com
ddauphine@omlaw.com
wfurnish@omlaw.com

Kirk D. Dillman, *pro hac vice* to be filed
Alan P. Block, *pro hac vice* to be filed
Robert J. King, *pro hac vice* to be filed
MCKOOL SMITH, P.C.
300 S. Grand Avenue, Suite 2900
Los Angeles, California 90071
(213) 694-1200
kdillman@mckoolsmithhennigan.com
ablock@mckoolsmithhennigan.com
rking@mckoolsmithhennigan.com

**Attorneys for Plaintiff Traeger Pellet Grills, LLC**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Traeger Pellet Grills LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>Dansons US, LLC, an Arizona limited liability company; and George Koster, an individual,<br><br>          Defendants. | Civil Action No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT** |

        This Corporate Disclosure Statement is filed on behalf of Plaintiff Traeger Pellet

Grills, LLC in compliance with the provisions of:

        ☒        Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental

                 corporate party to an action in a district court must file a statement

that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party hereby declares as follows:**

☒   No such corporation.

☐   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

_____ Relationship _____

☐   Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)*

_____ Relationship _____

☐   Other (please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 16th day of July, 2019.

OSBORN MALEDON, P.A.

s/ William D. Furnish
William J. Maledon
Dawn L. Dauphine
William D. Furnish
2929 North Central Avenue, Suite 2100
Phoenix, AZ  85012-2793

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCKOOL SMITH
Kirk D. Dillman, *pro hac vice* to be filed
Alan P. Block, *pro hac vice* to be filed
Robert J. King, *pro hac vice* to be filed
300 S. Grand Avenue, Suite 2900
Los Angeles, California 90071

**Attorneys for Plaintiff**

8140083